UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHRISTIAN ADOLFO PEREZ ARAGON,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

) Case No. 5:26-cv-03281-JDE
)
) JUDGMENT
)
)
)
)
)
)
)
)
)

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and the action is dismissed with prejudice as to the claims asserted in the Petition but without prejudice to Petitioner seeking habeas relief in the future upon a change in circumstances.

Dated: June 26, 2026_____

_____
JOHN D. EARLY
United States Magistrate Judge